

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br><br>v.<br><br>Fernando Farias - Valdez<br><br>DEFENDANT(S). | CASE NUMBER<br><br>5:16-MJ-00322<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of __Defendant__ , IT IS ORDERED that a detention hearing is set for __Monday, July 25,__ , __2016__ , at __1:00__  ☐ a.m. / ☒ p.m. before the Honorable __Sheri Pym__ , in Courtroom __4__ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __07/22/2016__                               __SHERI PYM__
                                                                    U.S. District Judge/Magistrate Judge